# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McMahon, Colleen | US District Court-Southern Dis | 08/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

500 Pearl Street
New York, NY 10007
Chambers 640 Moynihan Courthou

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Trustee | Foundation #1 |
| 3. | Advisory Council | Ohio State University |
| 4. | Advisory Director | Festival Daniou |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | CSG Systems Inc-Director Fee |
| 2. | 2017 | Kohl's Department Stores Inc-Director Fee |
| 3. | 2017 | Tailwind Capital Group-Managing Director |
| 4. | 2017 | Safe Bulkers Inc -Director Fee |
| 5. | 2017 | Jet Blue Airways Corp-Director Fee |
| 6. | 2017 | Linx Partners LLC_Director Fee |
| 7. | 2017 | Morgan Stanley-Pension Income |
| 8. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The University of Texas | 2/16/2017 thru 2/17/2017 | Austin, Texas | Educational Activities funded by the University | Hotel, Shuttle,Catering |
| 2. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

3. _____ _____ _____ _____ _____

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Thornburg Ltd. Term Muni. Fd Nat'l | B | Dividend | L | T | Donated (part) | | | | |
| 2. Kohl's Corp. Com (IRA) | | None | | | Sold | 03/02/17 | O | G | |
| 3. Thornberg Value Fund Class A Mut Fd. (IRA) | D | Dividend | P1 | T | | | | | |
| 4. Morgan Stanley Venture Investors III LP (IRA) | D | Distribution | J | U | Sold (part) | 10/03/17 | K | | See Note # 1 |
| 5. Morgan Stanley Venture Investors III LP | D | Distribution | J | U | Sold (part) | 09/25/17 | K | | See Note # 1 |
| 6. MSCP III L.P. | | None | J | U | | | | | |
| 7.      ,MA(1998 300,0000) | | None | N | R | | | | | |
| 8.      ,MA (1998 300,000) | | None | N | R | | | | | |
| 9. Northwestern Mutual Life (Term policy)(Y) | | | | | | | | | |
| 10. Phoenix Life Ins (Trust # 1) (Whole Life Policy) | C | Dividend | M | T | | | | | |
| 11. Northwestern Mutual Life (Trust#1) (Whole Life Policy) | E | Dividend | O | T | | | | | |
| 12. Northwestern Mutual Life(Trust #1) (Whole Life Policy) | D | Dividend | N | T | | | | | |
| 13. Madison National Life (Term Policy)(Y) | | | | | | | | | |
| 14. CSG Systems International Inc.Com | D | Dividend | O | T | Buy (add'l) | 08/29/17 | M | | |
| 15. | | | | | Sold (part) | 08/14/17 | K | D | |
| 16. Summit Mariner, LLC | | None | P1 | U | | | | | |
| 17. Summit Mariner LLC/JP Morgan Checking | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental # 1 /JPMorgan Checking | | None | J | T | | | | | |
| 19. Rental # 2 ⬛, NY(1999 $ 900,000) | E | Rent | P1 | R | | | | | |
| 20. Rental # 2/JP Morgan -Checking | A | Interest | K | T | | | | | |
| 21. JP Morgan(Checking)- | | None | L | T | | | | | |
| 22. Vacant Land ⬛, MA (1999 $ 425,000 ) | | None | N | R | | | | | |
| 23. Trident Capital Fund V LP | F | Distribution | K | U | Sold (part) | 04/25/17 | K | | See Note # 1 |
| 24. | | | | | Sold (part) | 10/27/17 | M | | |
| 25. ⬛ Golf Partners LLC | | None | K | U | | | | | |
| 26. JP Morgan (Checking) | A | Interest | P1 | T | | | | | |
| 27. JK & B Capital IV QIP LP | F | Distribution | K | U | Sold (part) | 04/18/17 | J | | See Note # 1 |
| 28. | | | | | Sold (part) | 09/27/17 | K | | |
| 29. | | | | | Sold (part) | 12/07/17 | M | | |
| 30. JP Morgan Checking(Foundation #1) | A | Interest | J | T | | | | | |
| 31. Capital Income Builders Fd Cl A(IRA) | B | Dividend | | | Sold | 04/11/17 | M | | |
| 32. Kinderhook Capital I LP | G | Distribution | L | U | Sold (part) | 03/27/17 | O | | See Note # 1 |
| 33. | | | | | Sold (part) | 08/07/17 | N | | |
| 34. Capital World Grth & Income Fd Cl A(IRA) | B | Dividend | | | Sold | 04/11/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Tax Free MM Premier Sweep | F | Interest | P2 | T | | | | | |
| 36. Menemsha Captial Partners Ltd | | None | K | U | | | | | See Note # 2 |
| 37. CGI Partners,LP | | None | O | U | Sold (part) | 03/17/17 | N | | |
| 38. Micell Technologies Inc.(Com) | | None | K | U | | | | | |
| 39. Linx Partners II LP | | None | O | U | Sold (part) | 11/03/17 | K | | |
| 40. Sentinel Capital Investors III LP | | None | | | Sold | 02/02/17 | J | | |
| 41. SFM Participation II LP | H1 | Distribution | P2 | U | Sold (part) | 02/21/17 | M | | See Note # 1 |
| 42. | | | | | Sold (part) | 03/31/17 | P1 | | |
| 43. | | | | | Sold (part) | 05/26/17 | P1 | | |
| 44. | | | | | Sold (part) | 07/07/17 | M | | |
| 45. | | | | | Sold (part) | 07/27/17 | K | | |
| 46. | | | | | Sold (part) | 08/09/17 | O | | |
| 47. | | | | | Sold (part) | 12/07/17 | M | | |
| 48. Thornburg Core Growth Cl A (IRA) | | None | O | T | | | | | |
| 49. Jetblue (Com) | | None | P1 | T | | | | | |
| 50. Aisling Capital II LP | | None | N | U | Buy (add'l) | 02/21/17 | J | | |
| 51. | | | | | Sold (part) | 02/21/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/12/17 | M | | |
| 53. | | | | | Sold (part) | 11/03/17 | K | | |
| 54. | | | | | Distributed (part) | 12/19/17 | K | | See Note # 5- To Ln # 378 |
| 55. J K & B Capital V LP | | None | P1 | U | Buy (add'l) | 01/25/17 | M | | |
| 56. | | | | | Buy (add'l) | 06/19/17 | K | | |
| 57. | | | | | Buy (add'l) | 12/15/17 | K | | |
| 58. | | | | | Sold (part) | 05/08/17 | L | | |
| 59. SEEF II LP | F | Distribution | P1 | U | | | | | See Note # 1 |
| 60. Towerbrook Investors II Executive Fund LP | F | Distribution | O | U | Sold (part) | 03/24/17 | N | | See Note # 1 |
| 61. | | | | | Sold (part) | 09/13/17 | L | | |
| 62. | | | | | Sold (part) | 12/18/17 | M | | |
| 63. | | | | | Distributed (part) | 06/21/17 | M | | See Note # 5 to line 375 |
| 64. Trident VI LP | E | Distribution | N | U | Sold (part) | 04/25/17 | J | | See Note # 1 |
| 65. | | | | | Sold (part) | 09/20/17 | K | | |
| 66. | | | | | Sold (part) | 12/21/17 | J | | |
| 67. Kinderhook Capital Fund II LP | H1 | Distribution | P1 | U | Sold (part) | 04/25/17 | P1 | | See Note # 1 |
| 68. | | | | | Sold (part) | 10/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kohls Corp (Com). | F | Dividend | P1 | T | Buy (add'l) | 05/17/17 | M | | |
| 70. KPB Partners LP | | None | P2 | U | | | | | |
| 71. Thornburg-Income Builder Cl 1 | C | Dividend | L | T | | | | | |
| 72. Thornburg Global Opportunity Cl 1 | A | Dividend | L | T | | | | | |
| 73. Thornburg CRE GWT (IRA) | | None | N | T | | | | | |
| 74. Ironwood Management Partners Fund II LP | E | Distribution | P1 | U | Sold (part) | 12/29/17 | J | | See Note # 1 |
| 75. RGI Partners II B LP | G | Distribution | P1 | U | | | | | See Note # 1 |
| 76. RGI Partners Ltd | A | Distribution | P1 | U | Sold (part) | 10/02/17 | L | | See Note # 1 |
| 77. SC Capital (P) LP | | None | | | Sold | 08/17/17 | K | | |
| 78. | | | | | Distributed (part) | 05/17/17 | K | | See Note # 5 to Line 383 |
| 79. Tailwind Capital Partners LP | | | | | | | | | See Note # 4 |
| 80. --Apex Companies LLC | G | Distribution | P1 | U | Sold (part) | 03/21/17 | J | | See Note # 1 |
| 81. | | | | | Sold (part) | 12/12/17 | J | | |
| 82. --Transit Wireless LLC | G | Distribution | M | U | Sold (part) | 03/21/17 | L | | See Note # 1 |
| 83. | | | | | Sold (part) | 12/12/17 | K | | |
| 84. --Hamilton State Banc Shares Inc | G | Distribution | P1 | U | Sold (part) | 05/05/17 | M | | See Note # 1 |
| 85. --Oceus Networks,Inc | | None | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | --Optimal Solutions Intergration Inc | | None | L | U | | | | | |
| 87. | --Cumberland Consulting Group,LLC | E | Distribution | O | U | | | | | See Note # 1 |
| 88. | --RE TRansportation,Inc | F | Distribution | | | Sold | 03/21/17 | K | | See Note # 1 |
| 89. | --Northeast Communications of Wisconsin,Inc(dba "Nsight) | | None | O | U | | | | | |
| 90. | Tailwind Management LP | G | Distribution | P1 | U | Sold (part) | 12/29/17 | N | | See Note # 1 |
| 91. | Tailwind Capital Partners (GP) LP | | | | | | | | | See Note # 4 |
| 92. | --Apex Companies LLC | G | Distribution | P1 | U | Sold (part) | 04/07/17 | K | | See Note # 1 |
| 93. | | | | | | Sold (part) | 05/11/17 | J | | |
| 94. | | | | | | Sold (part) | 09/18/17 | K | | |
| 95. | -- Transit Wireless LLC | G | Distribution | O | U | Sold (part) | 04/07/17 | N | | See Note # 1 |
| 96. | --Hamilton State Bancshares Inc | G | Distribution | P1 | U | Sold (part) | 05/11/17 | N | | See Note # 1 |
| 97. | | | | | | Sold (part) | 09/18/17 | J | | |
| 98. | --Oceus Networks Inc. | | None | O | U | | | | | |
| 99. | --Optimal | | None | M | U | | | | | |
| 100. | --Cumberland Consulting Group LLC | C | Distribution | P1 | U | | | | | See Note # 1 |
| 101. | --RE Transportation Inc | E | Distribution | | | Sold | 04/07/17 | M | | See Note # 1 |
| 102. | --Northeast Comm of Wisconsin Inc (dba/ NSight) | | None | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Perseus Soros Partners | | None | M | U | | | | | |
| 104. Syndicate Holdings Corp(Com) | | None | N | U | Buy (add'l) | 03/27/17 | L | | |
| 105. Safe Bulkers Inc(Com) | | None | O | T | Buy (add'l) | 01/03/17 | K | | |
| 106. | | | | | Buy (add'l) | 04/04/17 | K | | |
| 107. | | | | | Buy (add'l) | 07/03/17 | K | | |
| 108. | | | | | Buy (add'l) | 10/03/17 | K | | |
| 109. Asling Investors III LP | | None | O | U | Sold (part) | 05/31/17 | M | | |
| 110. | | | | | Distributed (part) | 03/01/17 | J | | See Note #5 to Line # 379 |
| 111. | | | | | Distributed (part) | 12/06/17 | J | | See Note #5 to Line # 381 |
| 112. Eastern Growth Capital II LP | D | Distribution | L | U | Sold (part) | 06/16/17 | K | | See Note # 1 |
| 113. Eastern Growth Capital II LP(IRA) | E | Distribution | M | U | Sold (part) | 06/16/17 | L | | See Note # 1 |
| 114. Linx-Metaltech Co Investment LLC | | None | K | U | | | | | |
| 115. Olympus Capital Asia IV LP | | None | P1 | U | | | | | |
| 116. Safe Bulkers Inc (Com)(IRA) | | None | L | T | | | | | |
| 117. Towerbrook Investors III Executive Fund LP | | None | N | U | Sold (part) | 06/06/17 | K | | |
| 118. | | | | | Sold (part) | 07/27/17 | J | | |
| 119. Invesco Equity Income FD A (401K) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. First Republic Bank (Checking) | A | Interest | M | T | | | | | |
| 121. The West Africa Fund LP | | None | | | Closed | 12/31/17 | | | See Note # 3 |
| 122. NuCana Biomed Ltd (Ordinary Shares) (IRA) | | None | | | Distributed | 12/27/17 | O | | See Note # 10 to line 375 |
| 123. Yumsing LLC | | None | | | Sold | 05/05/17 | K | | |
| 124. Beryllium LLC | | None | | | Sold | 12/29/17 | J | | |
| 125. Kinderhook Capital Fund III LP | | None | O | U | Buy (add'l) | 06/01/17 | J | | |
| 126. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 127. Rapid Ratings International Inc (Com) | C | Interest | P1 | T | Buy (add'l) | 12/26/17 | N | | |
| 128. Parkstone Capital Partners LLC | | None | J | U | | | | | |
| 129. UBS Bank USA Dep MM (IRA) | A | Interest | M | T | | | | | |
| 130. Tailwind Capital Group LLC | D | Distribution | K | U | | | | | See Note # 1 |
| 131. Empowered World Ventures LLC(Preferred A) | | None | M | T | | | | | |
| 132. CSL Energy Opportunity Fd I LP | | None | M | U | Buy (add'l) | 10/10/17 | J | | |
| 133. | | | | | Sold (part) | 10/10/17 | J | | |
| 134. CSL Europe Energy Services LP | | None | | | Sold (part) | 06/12/17 | K | | |
| 135. | | | | | Sold | 10/27/17 | J | | |
| 136. Parkstone Capital Partners II LP | F | Distribution | M | U | Sold (part) | 09/13/17 | M | | See Note # 1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/28/17 | M | | |
| 138.  Highland Investment Group LLC | | None | J | U | | | | | |
| 139.  Artiman Venture Fund LP | G | Distribution | O | U | Sold (part) | 05/30/17 | M | | See Note # 1 |
| 140.  EOS Healthcare Partners LLC /N/C Docero LLC | | None | P1 | U | | | | | |
| 141.  OD Funding Partners LLC | | None | L | U | | | | | |
| 142.  Collision Funding Partners LLC | | None | N | U | | | | | |
| 143.  Figue Holdings LLC (Class B Common) | | None | M | T | | | | | |
| 144.  JustFamily.Com,Inc(.Preferred Stock) | | None | N | T | | | | | |
| 145.  Kenesto Corp (Preferred C) | | None | P1 | T | Buy (add'l) | 01/18/17 | M | | |
| 146. | | | | | Buy (add'l) | 04/10/17 | K | | |
| 147. | | | | | Buy (add'l) | 04/27/17 | K | | |
| 148. | | | | | Buy (add'l) | 06/01/17 | K | | |
| 149. | | | | | Buy (add'l) | 07/13/17 | K | | |
| 150. | | | | | Buy (add'l) | 08/03/17 | K | | |
| 151. | | | | | Buy (add'l) | 08/28/17 | K | | |
| 152. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 153. | | | | | Buy (add'l) | 11/08/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/12/17 | K | | |
| 155. MogilityCapital Fund LP | | None | N | U | Sold (part) | 01/11/17 | N | | |
| 156. OpenFin Inc.(Preferred Stock) | | None | N | T | | | | | |
| 157. Remedy Pharmaceuticals Inc | H1 | Distribution | O | T | Buy (add'l) | 03/27/17 | M | | See Note # 1 |
| 158. | | | | | Sold (part) | 05/16/17 | N | | |
| 159. | | | | | Sold (part) | 07/05/17 | P1 | | |
| 160. Tyrogenex Inc.(Ser B Convertible Preferred) | | None | | | Closed | 12/31/17 | | | See Note # 3 |
| 161. XCovery Holdings LLC | C | Distribution | | | Sold | 10/23/17 | J | | See Note # 1 |
| 162. Cardflight Inc (Preferred) | | None | N | T | | | | | |
| 163. Fenway HTM Partners LLC | | None | M | U | | | | | |
| 164. FunnelFire Inc (ConvPromissory Note) | | None | | | Closed | 12/31/17 | | | See Note # 3 |
| 165. Gain Fitness Inc(Com) | | None | M | T | | | | | |
| 166. CMNet Inc (D/B/A iSeek Corp) Ser C (Preferred) | | None | N | T | | | | | |
| 167. Linx RE-Co-Invest LLC | A | Interest | M | U | | | | | |
| 168. Linx III LP | | None | P1 | U | Sold (part) | 09/06/17 | K | | |
| 169. Monaeo Inc(Conv. Promissory Note) | | None | O | T | | | | | |
| 170. Moolagram Inc (Ser A1 Preferred ) | | None | | | Closed | 12/31/17 | | | See Note # 3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. One Up Games LLC(Note ) | | None | | | Closed | 12/31/17 | | | See Note # 3 |
| 172. Romulus Capital II US Feeder LP | | None | N | U | | | | | |
| 173. Tengrade Inc (Preferred & Conv Note) | | None | | | Closed | 12/31/17 | | | See Note # 3 |
| 174. Linx-Grammer Co LLC | | None | O | U | | | | | |
| 175. Tailwind Capital Partners II LP | | | | | | | | | See Note # 9 |
| 176. --TowerCo 2013 | E | Distribution | | | Sold (part) | 06/19/17 | K | | See Note # 1 |
| 177. | | | | | Sold | 12/11/17 | J | | |
| 178. --Diamondback Drugs | | None | P1 | U | | | | | |
| 179. --Long's Drugs | | None | P1 | U | | | | | |
| 180. --Colony Hardware | | None | P1 | U | | | | | |
| 181. --Lieberman Research Worldwide | G | Distribution | P1 | U | Sold (part) | 03/28/17 | L | | See Note # 1 |
| 182. --National HME | | None | O | U | | | | | |
| 183. --Premiere Store Fixtures | | None | P1 | U | Sold (part) | 09/18/17 | J | | |
| 184. --TowerCo IV | | None | O | U | | | | | |
| 185. --Cumming | | None | P1 | U | | | | | |
| 186. --Distinct Holdings Group,IncGroup-dba Diversified | | None | P1 | U | | | | | |
| 187. --MetroGistics | | None | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Stratix | | None | P1 | U | | | | | |
| 189. --AST Corporation | | None | O | U | Buy | 04/21/17 | O | | |
| 190. --DermaRite Industires LLC | | None | O | U | Buy | 09/18/17 | O | | |
| 191. --Edenbridge Pharmceuticals LLC | | None | P1 | U | Buy | 06/22/17 | P1 | | |
| 192. --HMT Holdings Inc | | None | P1 | U | Buy | 11/17/17 | P1 | | |
| 193. --TW Lone Peak Master LLC | F | Distribution | O | U | Buy | 01/02/17 | O | | See Note # 1 |
| 194. Trust # 4 | | | | | | | | | See Note # 7 |
| 195. --Safebulkers Inc Ser B 8 % Preferred | | None | | | Sold | 04/17/17 | M | D | |
| 196. --Principal Global Diversified Income Fd Cl A | E | Dividend | O | T | | | | | |
| 197. --Thornburg Income Builders Cl 1 | G | Dividend | P1 | T | | | | | |
| 198. --Thornburg Global Opp Fd Cl 1 | D | Dividend | P1 | T | | | | | |
| 199. --Thornburg Intl Value Fd 1 | F | Dividend | O | T | | | | | |
| 200. --Thornburg Limited Term Inc Cl 1 | E | Dividend | P1 | T | | | | | |
| 201. --UBS Bank USA Dep Account | A | Interest | O | T | | | | | |
| 202. --JP Morgan Checking | A | Interest | J | T | | | | | |
| 203. -- EOS Healthcare Partners LLC/ N/C Docero LLC | | None | M | U | | | | | |
| 204. --Exxon Mobil Corp(Com) | D | Dividend | | | Sold | 06/01/17 | N | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Microsoft Corp(Com) | D | Dividend | O | T | | | | | |
| 206. --Columbia Select Large Cap Growth FD | G | Dividend | P1 | T | | | | | |
| 207. --Safebulkers Inc | | None | L | T | Buy | 04/06/17 | K | | |
| 208. Trust # 3 | | | | | | | | | See Note # 7 |
| 209. --Thornburg Income Builders Cl 1 | F | Dividend | P1 | T | | | | | |
| 210. --Thornburg Global Opportunities Fd | E | Dividend | P1 | T | Buy (add'l) | 03/21/17 | O | | |
| 211. --Thornburg Intl Value Fd | G | Dividend | P1 | T | | | | | |
| 212. --UBS Bank USA -Depost Account | A | Interest | J | T | | | | | |
| 213. --UBS AG Deposit Acount | A | Interest | M | T | | | | | |
| 214. --SPC Intermex LP | | None | O | U | Sold (part) | 08/24/17 | M | | |
| 215. Tailwind Capital Partners II (GP)LP | | | | | | | | | See Note # 9 |
| 216. --Colony Hardware Corp | | None | O | U | | | | | |
| 217. --Cummings Group Inc | | None | O | U | | | | | |
| 218. --Diamondback Drugs of Delaware LLC | | None | O | U | | | | | |
| 219. --Distinct Holdings Group,Inc(dba Diversified) | | None | O | U | | | | | |
| 220. --Long's Drugs Inc | | None | P1 | U | | | | | |
| 221. --Lieberman Research Worldwide LLC | E | Distribution | O | U | | | | | See Note # 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --MetrogisticsLLC | | None | O | U | | | | | |
| 223. --National HME,Inc | | None | N | U | | | | | |
| 224. --Preimier Store Fixtures,LLC | | None | O | U | | | | | |
| 225. --Stratix Corp | | None | O | U | | | | | |
| 226. --Towerco 2013 Holdings LLC | E | Distribution | M | U | Sold (part) | 06/14/17 | K | | See Note # 1 |
| 227. --TowerCo IV Holdings LLC | | None | M | U | | | | | |
| 228. --AST Corporation | | None | N | U | Buy | 06/14/17 | M | | |
| 229. --DermaRite Industries LLC | | None | N | U | Buy | 09/13/17 | M | | |
| 230. --Edenbridge Pharmaceuticals LLC | | None | O | U | Buy | 06/14/17 | M | | |
| 231. --HMT Holdings Inc | | None | O | U | Buy | 11/17/17 | O | | |
| 232. --TW Lone Peak Master LLC | E | Distribution | N | U | Buy | 01/02/17 | N | | See Note # 1 |
| 233. The Yard (Promissory Note) | C | Interest | L | T | | | | | |
| 234. RGI Partners B LP | E | Distribution | M | U | Sold (part) | 12/29/17 | J | | See Note # 1 |
| 235. Radius Networks Inc (Com) | | None | O | T | | | | | |
| 236. Moolagram Inc (Preferred Ser A-2 ) | | None | | | Closed | 12/31/17 | | | See Note # 3 |
| 237. Safebulkers Ser D 8 % Preferred | E | Dividend | M | T | | | | | |
| 238. ChartIQ LLC | | None | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Transplant Genomics Inc (Convertible Note) | C | Interest | N | T | Buy (add'l) | 03/29/17 | L | | |
| 240. Transplant Genomics Inc( Preferred A) | | None | M | T | Buy (add'l) | 11/21/17 | J | | |
| 241. Gravitas Technology Service LLC | | None | | | Sold | 11/14/17 | P1 | G | |
| 242. Real Endpoints LLC | | None | O | U | | | | | |
| 243. Valuestream Development Lab Fund LLC | | None | M | U | | | | | |
| 244. Romulus Placester Special Opportunity Fd | | None | L | U | | | | | |
| 245. Grove Hospitality Asia GP LLC | F | Distribution | L | U | Sold (part) | 04/07/17 | J | | See Note # 1 |
| 246. | | | | | Sold (part) | 10/31/17 | J | | |
| 247. Grove Hospitality Europe GP LLC | C | Distribution | J | U | Sold (part) | 10/31/17 | J | | See Note # 1 |
| 248. Grove Aurelis II GP LLC | F | Distribution | M | U | Sold (part) | 04/17/17 | K | | See Note # 1 |
| 249. | | | | | Sold (part) | 06/08/17 | J | | |
| 250. GN WMC LLC | | None | K | U | | | | | |
| 251. Romulus Cohealo Special Opportunity Fund LP | | None | M | U | | | | | |
| 252. Invesco International Growth A (401k) | | None | M | T | | | | | |
| 253. Safebulkers Inc (Ser C Preferred) (IRA) | D | Dividend | M | T | | | | | |
| 254. Personalized Cancer Therapy Inc (Com) d/b/ a( PERTHA) | | None | O | T | | | | | |
| 255. /Romulus ELC B3 Special Opportunity LP | | None | M | U | Buy (add'l) | 08/28/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Sommetrics. Inc (Preferred Ser B) | | None | N | T | | | | | |
| 257. RetSKU Inc (Senior Convertible Note) | | None | | | Closed | 12/31/17 | | | See Note # 3 |
| 258. Sensai Corp (Converitible Note) | | None | M | T | | | | | |
| 259. Cycle Pharmaceuticals LTD (Ser A Shares) | | None | P1 | T | | | | | |
| 260. Free ATM Inc (Ser A Preferred) | | None | K | T | | | | | |
| 261. Engage Simply Inc (Convertible Note) | | None | K | T | | | | | |
| 262. Build and Imagine LLC | | None | L | U | Buy (add'l) | 10/16/17 | J | | |
| 263. Call Rail Investors LLC | H1 | Distribution | | | Sold (part) | 09/28/17 | P1 | H1 | See Note # 1 |
| 264. | | | | | Sold | 11/01/17 | M | | |
| 265. SpireCube LLC | A | Distribution | L | U | Sold (part) | 12/01/17 | J | | See Note # 1 |
| 266. Linx-Transpro Co-Invest LLC | D | Distribution | M | U | Sold (part) | 03/07/17 | J | | See Note # 1 |
| 267. | | | | | Sold (part) | 04/12/17 | J | | |
| 268. | | | | | Sold (part) | 07/31/17 | J | | |
| 269. | | | | | Sold (part) | 10/31/17 | J | | |
| 270. Linx-Gullett Co-Invest LLC | B | Distribution | N | U | Sold (part) | 03/07/17 | J | | See Note # 1 |
| 271. | | | | | Sold (part) | 06/15/17 | J | | |
| 272. | | | | | Sold (part) | 09/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 10/16/17 | J | | |
| 274. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 275. 50 Mast LLC | None | | M | U | | | | | |
| 276. AG Team Partners LLC | None | | N | U | Buy (add'l) | 09/26/17 | J | | |
| 277. AG Team Partners III LP | None | | M | U | Buy (add'l) | 05/09/17 | J | | |
| 278. CSL Energy Opp Fund II LP | None | | P1 | U | Buy (add'l) | 02/07/17 | M | | |
| 279. | | | | | Buy (add'l) | 04/12/17 | N | | |
| 280. | | | | | Buy (add'l) | 06/26/17 | N | | |
| 281. | | | | | Buy (add'l) | 09/05/17 | M | | |
| 282. | | | | | Buy (add'l) | 12/12/17 | L | | |
| 283. Estimize Inc (Ser B Preferred) | None | | M | T | | | | | |
| 284. Grotech Ventures III LP | None | | N | U | Buy (add'l) | 01/23/17 | L | | |
| 285. | | | | | Buy (add'l) | 04/27/17 | K | | |
| 286. | | | | | Buy (add'l) | 06/02/17 | L | | |
| 287. | | | | | Buy (add'l) | 08/02/17 | L | | |
| 288. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 289. Karma Culture LLC | None | | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Kinderhook Capital Fund IV | | None | P1 | U | Buy (add'l) | 02/07/17 | N | | |
| 291. | | | | | Buy (add'l) | 03/03/17 | M | | |
| 292. | | | | | Buy (add'l) | 04/28/17 | M | | |
| 293. | | | | | Buy (add'l) | 09/28/17 | L | | |
| 294. | | | | | Buy (add'l) | 11/13/17 | L | | |
| 295. | | | | | Buy (add'l) | 12/08/17 | M | | |
| 296. Linx-CPT Co Invest LLC | C | Interest | L | U | Sold (part) | 04/14/17 | J | | |
| 297. | | | | | Sold (part) | 07/31/17 | J | | |
| 298. | | | | | Sold (part) | 08/31/17 | J | | |
| 299. | | | | | Sold (part) | 09/29/17 | J | | |
| 300. | | | | | Sold (part) | 10/31/17 | J | | |
| 301. Logic9S LLC (Conv Promissory Note) | | None | M | T | | | | | |
| 302. Oxy Docs, Inc (Conv Promissory Note) | | None | N | T | | | | | |
| 303. Olympus Capital Asia Fd V LP | | None | O | U | Sold (part) | 09/15/17 | M | | |
| 304. Padloc Inc. (Ser A Preferred) | | None | M | T | | | | | |
| 305. Romulus Capital III (US) Feeder LP | | None | P1 | U | Buy (add'l) | 07/10/17 | N | | |
| 306. Perry Lane LLC | | None | N | U | Buy (add'l) | 02/08/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Slingshot Insights Inc (Conv. Promissory Note) | | None | M | T | Buy (add'l) | 10/09/17 | L | | |
| 308. Syndicated Loan Direct Inc (Conv. Promissory Note) | | None | L | T | Buy (add'l) | 03/13/17 | L | | |
| 309. | | | | | Buy (add'l) | 06/19/17 | L | | |
| 310. | | | | | Buy (add'l) | 12/26/17 | O | | |
| 311. TBCP Jacksonville LLC | | None | L | U | | | | | |
| 312. TernPro Inc (Conv Promissory Note &Preferred Stock) | | None | L | T | | | | | |
| 313. Terafina Inc (Conv Promissory Note) | | None | N | T | Buy (add'l) | 04/12/17 | L | | |
| 314. | | | | | Buy (add'l) | 11/21/17 | L | | |
| 315. Home Team Marketing LLC (Senior Promissory Notes ) | F | Interest | O | T | Buy (add'l) | 02/14/17 | L | | |
| 316. Highland Resort ▇▇▇ LLC | | None | M | U | | | | | |
| 317. Edward Jones Retirement MM(IRA) | | None | J | T | | | | | |
| 318. Fidelity (Cash) | A | Interest | K | T | | | | | |
| 319. Figue Holdings LLC | | None | J | U | | | | | |
| 320. Gain Fitness Inc(Conv Note) | | None | J | T | | | | | |
| 321. Aisling Capital IV LP | | None | O | U | Buy (add'l) | 02/13/17 | K | | |
| 322. | | | | | Buy (add'l) | 03/20/17 | N | | |
| 323. | | | | | Sold (part) | 08/09/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 08/14/17 | O | | |
| 325. | | | | | Sold (part) | 10/03/17 | M | | |
| 326. | | | | | Buy (add'l) | 10/24/17 | M | | |
| 327. Canal Logix LLC | | None | L | U | | | | | |
| 328. Collision Funding Partners LLC (Note) | | None | K | T | | | | | |
| 329. Linx-Elite Co Invest LLC | D | Interest | N | U | Sold (part) | 03/07/17 | J | | |
| 330. | | | | | Sold (part) | 06/05/17 | J | | |
| 331. | | | | | Sold (part) | 07/31/17 | J | | |
| 332. | | | | | Sold (part) | 10/31/17 | J | | |
| 333. Linx-Nebr Co Invest LLC | | None | N | U | | | | | |
| 334. Peterson Partners VIII LP | | None | O | U | Buy (add'l) | 09/05/17 | M | | |
| 335. | | | | | Buy (add'l) | 10/23/17 | N | | |
| 336. | | | | | Buy (add'l) | 12/22/17 | N | | |
| 337. Romulus Estify Sp Opportunity LP | | None | M | U | | | | | |
| 338. Romulus Growth Cogito LP | | None | M | U | | | | | |
| 339. Strategic Alternative Fund Group LLC | | None | L | U | | | | | |
| 340. Parkstone Capital Partners IV Holdings LP | | None | M | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Linx Q Liquidating Tr | D | Distribution | J | U | Sold (part) | 05/26/17 | K | | See Note # 1 |
| 342. Fulling Mills LLC | | None | K | U | | | | | |
| 343. Ram Realty IV LP | | None | N | U | Sold (part) | 08/31/17 | L | | |
| 344. Alpine-Gleenwood LP | | None | K | U | | | | | |
| 345. BigID Inc(Conv Note) | | None | M | T | | | | | |
| 346. Lending Front Inc (Conv Note) | | None | M | T | | | | | |
| 347. Menguin Inc (Conv Note) | | None | | | Sold (part) | 09/05/17 | L | E | See Note # 8 |
| 348. | | | | | Distributed | 09/05/17 | N | | See Note # 8 To Ln # 402 |
| 349. Mine One GMBH (Ser A sh) (IRA) | | None | M | T | | | | | |
| 350. Relationship Capital Partners Inc (Conv Notes) | | None | O | T | Buy (add'l) | 06/05/17 | M | | |
| 351. PHRP LLC | | | | | | | | | See Note # 11 |
| 352. --Shareablee Inc (Ser A Pref) | | None | P1 | T | | | | | |
| 353. Skyfront Corp (Note Rec) | | None | K | T | | | | | |
| 354. SPC Intermex LP | | None | O | U | Sold (part) | 08/24/17 | M | | |
| 355. Yingo Yango Inc (Ser A Pref) | | None | M | T | | | | | |
| 356. American Fund Cap Inc (401K) | | None | L | T | Buy (add'l) | 04/03/17 | K | | |
| 357. UBS Bank USA Deposit Ac | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Automotive Mastermind Inc (Com) | | None | | | Sold | 09/28/17 | P1 | H1 | |
| 359. UBS AG Deposit Act (IRA) | | None | J | T | | | | | |
| 360. 312 Atlantic Ave LLC | | None | M | U | | | | | |
| 361. Flank 71 Smith LLC | | None | N | U | Sold (part) | 11/02/17 | K | | |
| 362. UBS Bank USA BUS ACCT(Foundation # 1) | A | Interest | J | T | | | | | |
| 363. UBS AG Deposit Account (Foundation #1) | | None | J | T | | | | | |
| 364. Oppenheimer Lmt Term Bond Fd(Foundation # 1) | C | Dividend | L | T | | | | | |
| 365. Pimco Low Duration Fund Cl A(Foundation # 1) | A | Dividend | | | Sold | 01/17/17 | M | | |
| 366. Virtus Low Duration Income Fd A(Foundation # 1) | B | Dividend | J | T | Sold (part) | 01/17/17 | J | | |
| 367. | | | | | Sold (part) | 12/14/17 | L | | |
| 368. Cyriline Morgan (Personal Note) | | None | M | T | | | | | |
| 369. Loch Lomond Golf Club(Ser C) | D | Dividend | M | T | | | | | |
| 370. UBS Bank USA Dept Ac (IRA) | A | Interest | M | T | Open | 01/02/17 | M | | |
| 371. Thornburg Global Oppy Fd CL A(IRA) | B | Dividend | O | T | Open | 04/11/17 | N | | |
| 372. American Balanced Fund Inc (IRA) | E | Dividend | N | T | Open | 04/11/17 | N | | |
| 373. American Fund Global Balanced (IRA) | D | Dividend | N | T | Open | 04/11/17 | N | | |
| 374. Nvidia Corp (IRA) | | None | M | T | Buy | 12/14/17 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Nucana PLC GBR (IRA) | | None | P2 | T | Spinoff (from line 122) | 12/27/17 | O | | See Note # 10 |
| 376. Relationship Capital Partners (IRA) | | None | L | U | Buy | 03/10/17 | L | | |
| 377. Ladder Capital Corp Cl A | | None | | | Spinoff (from line 63) | 06/21/17 | M | | See Note # 6 |
| 378. | | | | | Sold | 07/07/17 | M | | |
| 379. Versartis Inc(Com) | | None | | | Spinoff (from line 110) | 03/01/17 | J | | See Note # 6 |
| 380. | | | | | Donated | | | | |
| 381. Aimmune Therapeutics Inc (Com) | | None | K | T | Spinoff (from line 111) | 12/19/17 | K | | See Note # 6 |
| 382. Esperion Therapeutics Inc | | None | N | T | Spinoff (from line 54) | 12/19/17 | M | | See Note # 6 |
| 383. Penumbra Inc | | None | | | Spinoff (from line 78) | 05/17/17 | K | | SEe Note # 6 |
| 384. | | | | | Donated | | | | |
| 385. ERA Investor Fund 6 LP | | None | L | U | Buy | 01/04/17 | L | | |
| 386. Groupize Inc (Ser A-2 pfd) | | None | M | T | Buy | 08/23/17 | M | | |
| 387. Medaptive Health Inc (Conv Prom) | | None | L | T | Buy | 12/21/17 | L | | |
| 388. Poliwogg Holdings Inc (Ser B Conv Prefered) | | None | L | T | Buy | 02/27/17 | L | | |
| 389. Shiftsmart Inc (Ser AA Preferred) | | None | L | T | Buy | 05/04/17 | L | | |
| 390. BondCliQ Inc (Conv Promissory Note) | | None | L | T | Buy | 12/14/17 | L | | |
| 391. Canal Logic 2 LLC | | None | L | U | Buy | 08/18/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Nextremity LLC | | None | M | U | Buy | 06/20/17 | M | | |
| 393. Sayspring Inc | | None | L | U | Buy | 05/02/17 | L | | |
| 394. Three Girls and a Lion LLC | | None | N | U | Buy | 06/20/17 | M | | |
| 395. | | | | | Buy | 10/11/17 | M | | |
| 396. Entrepreneurs Expansion Fund III LP | | None | K | U | Buy | 05/22/17 | K | | |
| 397. KInderhook V LP | | None | N | U | Buy | 12/15/17 | N | | |
| 398. Valuestream Ventures 2017 LLC | | None | M | U | Buy | 11/27/17 | M | | |
| 399. Workbench Ventures III LLC | | None | K | U | Buy | 06/01/17 | K | | |
| 400. 71 Smith Retail Venture LLC | | None | O | U | Buy | 12/18/17 | O | | |
| 401. First Republic Checking | A | Interest | M | T | Open | 01/03/17 | M | | |
| 402. Generation Tux nc(Ser D-2 Preferred) | | None | M | T | Spinoff (from line 348) | 09/05/17 | M | | See Note # 8 |
| 403. Nucana PLC Spons ADR (IRA) | | None | M | T | Buy | 09/28/17 | M | | |
| 404. Seventh Sibling LLC (Promissory Note) | | None | K | T | Buy | 04/11/17 | K | | |
| 405. RGI Recap Partners LLC | G | Distribution | O | U | Buy | 12/31/17 | O | | See Note # 1 |
| 406. | | | | | | | | | |
| 407. | | | | | | | | | |
| 408. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1
Explanation Re:Section VII ,
Item
#'4,5,23,27,32,41,59,60,64,67,74,75,76,80,82,84,,87,88,90,92,95,96,100,101,112,113,130,136,139,157,161,176,181,193,221,226,232,234,245,247,248,263,265,266,270,34

Investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to
determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution",
to denote more then one category of income  indicated on schedule K-1 received from the partnership.

Note # 2
Explanation Section VII
Item # 36

Menemsha Capital Partners Ltd is a Sub-chapter S corporation owned 100%  by Judge McMahon's husband.

Note # 3
Explanation Section VII
Item #  121,160,164,170,171,173,236,257
These investments are worthless as of December 31, 2017.  The assets are listed  as "Closed" in Column D(1). The date in Column D(2) is December 31, 2017.
 The value in Column  D(3) is blank since no value  is attributable to  worthless investments.

Note # 4
Explanation Section  VII
Item #  79-89,91-102

The Judge's husband is a Managing partner  of Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP . These  partnerships have ownership  interests
in the  companies listed under  Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP..
 Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
In addition, the purchase and sale information is also listed by underlying asset. The Limited Partnership and General Partnership have ownership interests in the
 same companies.
.

Note # 5
Explanation Section VII
Item # 54,63,78,110,111

The Limited Partnership distributed shares of securities that were purchased and held by the partnership. This information  is noted as "Distributed " in Column
D(1). The date the shares were distributed  is listed in Column D(2). The value in Column D(3) is the distributee's pro rata share of the aqusition cost  of the assets
by the Limited Partnership, as reported by the General Partner. The transfer relates only to the specific security The entire partnership was not transferred.

Note # 6
Explanation Section VII
Item # 377,379,381,382,383
These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partnerships.. These securities are listed
as "Spinoff" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in Column D (3) is the distributee's pro rate share of the
acqusition costs of the assets by the Limited Partnership, as reported by the General Partner.

Note # 7
Explanation Section VII
Item # 194-214

The Judge's husband created two trusts- Trust # 3 and Trust # 4. He is the Grantor and Trustee of these  trusts. The  income reported by  the trusts are taxed to the
Grantor. The benficiaries of the trusts are the Judge's independent children.

Note # 8
Explanation Section VII
Item # 347,348,402

The Convertible Note was converted to Series Seed II Preferred Shares. A portion of the shares were sold and the balance were merged into Generation Tus,Inc,
Series D-2 Preferred Stock.

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

See Note # 9
Explanation Section VII
Item # 175-193, 215-232
The Judge's husband is a Managing Partner of Tailwind Capital Partners II LP and Tailwind Capital Partners II (GP) LP. The partnerships have ownership interests in the companies listed . Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
In addition, the purchase and sale information is also listed by underlying asset. The Limited Partnership and General Partnership have ownership interests in the same companies.


Note # 10
Explanation Section VII
Item #  122,375

 The shares of Nucana BioMed Ltd (Ordinary Shares) were exchanged for Nucana PLC GBR in a tax free exchange.

Note # 11
Explanation Section VIII
Item # 351, 352

The Judge's husband created a single member LLC to hold various investments. The current  investment is listed below the LLC on line # 352.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Colleen McMahon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544